TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00725-CR

Hope C. Burckhardt, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT

NO. 45,597, HONORABLE MARTHA TRUDO, JUDGE PRESIDING

PER CURIAM

 This is an appeal from a conviction for aggravated assault. Appellant has filed a
motion to withdraw the appeal. No decision of this Court has been delivered. The motion is
granted and the appeal is dismissed. See Tex. R. App. P. 59(b). 

Before Justices Powers, Jones and B. A. Smith

Dismissed On Appellant's Motion

Filed: April 10, 1996

Do Not Publish